Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 2 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
OCT 0 1 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2008

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-30)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 719 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP 2 4 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to
True Copy
DAVID A. DIMARZIO
By Paulette Duke
Deputy Clerk

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                    MDL No. 1842

### SCHEDULE CTO-30 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **ARKANSAS EASTERN** | | |
| ARE 4 08-1354 | Michael Ratteree, et al. v. Davol, Inc., et al. | CA 08-2588 |
| ARE 4 08-1355 | Drew B. Allen, et al. v. Davol, Inc., et al. | CA 08-2589 |
| **ARIZONA** | | |
| AZ 2 08-1554 | Theresa Whipp, et al. v. Davol, Inc., et al. | CA 08-2590 |
| **FLORIDA NORTHERN** | | |
| FLN 3 08-333 | Deborah Mitchell v. Davol, Inc., et al. | CA 08-2591 |
| **MINNESOTA** | | |
| MN 0 08-4964 | Carol A. Reynolds v. Davol, Inc., et al. | CA 08-2592 |
| MN 0 08-4965 | Linda VonBargen v. Davol, Inc., et al. | CA 08-2593 |
| MN 0 08-4966 | Margaret Pichotti v. Davol, Inc., et al. | CA 08-2594 |
| **MISSOURI WESTERN** | | |
| MOW 4 08-604 | Brenda Wilkinson v. Davol, Inc., et al. | CA 08-2595 |
| MOW 4 08-605 | Susan Anthony v. Davol, Inc., et al. | CA 08-2596 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 5 08-3915 | Tammy Cramer, et al. v. Davol, Inc., et al. | CA 08-2597 |

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                            MDL No. 1842

## INVOLVED COUNSEL LIST (CTO-30)

Edward D. Fitzhugh
LAW OFFICE OF EDWARD D FITZHUGH
P.O. Box 24238
Tempe, AZ 85285-4238

Glynn W. Gilcrease
GILCREASE & GORSKI PLC
1400 East Southern Avenue
Suite 1010
Tempe, AZ 85282-5691

Barbara K. Gotthelf
MCCARTER & ENGLISH LLP
1735 Market Street
Suite 700
Philadelphia, PA 19103-7501

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H. Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112

Peter Lawrence Kaufman
LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street
Suite 600
P.O. Box 12308
Pensacola, FL 32502-5996

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

John M. Kvartek
CLARK PARTINGTON HART LARRY BOND &
STACKHOUSE
125 West Romano Street
Suite 800
P.O. Box 13010
Pensacola, FL 32591-3010

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Derek H. Potts
POTTS LAW FIRM LLC
908 Broadway
3rd Floor
Kansas City, MO 64105

Gregory L. Schell
GREGORY L SCHELL LLC
230 South Broad Street
Suite 1050
Philadelphia, PA 19102

George R. Wise, Jr.
BRAD HENDRICKS LAW FIRM
500 Pleasant Valley Drive
Suite C
Little Rock, AR 72227

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS**
**LIABILITY LITIGATION**                                    MDL No. 1842

## INVOLVED JUDGES LIST (CTO-30)

Hon. Mark E. Aspey
U.S Magistrate Judge
United States District Court
200 United States Courthouse
123 North San Francisco Street
Flagstaff, AZ 86001-5253

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. James Knoll Gardner
U.S. District Judge
United States District Court & Federal Building
504 W. Hamilton Street
Suite 4701
Allentown, PA 18101

Hon. J. Leon Holmes
Chief Judge, U.S. District Court
Richard Sheppard Arnold U.S Courthouse
600 West Capitol Avenue
Suite D469
Little Rock, AR 72201

Hon. David Greg Kays
U.S. District Judge
8652 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. M. Casey Rodgers
U.S. District Judge
U.S. Courthouse, Suite 460
One North Palafox Street
Pensacola, FL 32501

Hon. James M. Rosenbaum
U.S. District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ortrie D. Smith
U.S. District Judge
7652 Charles E. Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                                                         MDL No. 1842

## INVOLVED CLERKS LIST (CTO-30)

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797